1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9            SOUTHERN DISTRICT OF CALIFORNIA
10

11   RAUL ARELLANO, JR.,                    Case No.:  3:14-cv-2404-GPC-KSC

12                           Plaintiff,
                                           **ORDER GRANTING PLAINTIFF'S**
13   v.                                     **MOTION FOR ADDRESS**

14   SAN DIEGO, COUNTY OF, et al.,
                                           **[Doc. No. 192]**
15                           Defendants.

16

17          Presently before the Court is a document titled "Motion for Address" wherein

18   Plaintiff Raul Arellano, Jr. requests therein that the Court provide him with the address of

19   the United States Attorney's Office for the Southern District of California so that he may

20   effectuate service of his Complaint upon the United States as a defendant.  Doc. No.  192.

21   Good cause appearing, the Court **GRANTS** plaintiff's request.

22          On November 9, 2020, the Honorable Gonzalo P. Curiel of this District issued an

23   order requiring plaintiff to serve a copy of his Second Amended Complaint on "each

24   remaining Defendant," including the United States (the "Order"). Doc. No. 189 at 6.[1]

25   _____

26
27   [1] As set forth in the District Court's Order, because plaintiff is proceeding *pro se* and *in forma pauperis*,
     he is to complete a Form 285 for each defendant "as completely and accurately as possible."  Order at 6.
28   The form(s) will then be returned to the United States Marshal who will serve the summons and complaint
     upon each defendant. *Id.* at 6-7.

1

1  Federal Rule of Civil Procedure 4(i)(A) requires that "[t]o serve the United States, a party

2  must" do the one of the following:

3          (i) deliver a copy of the summons and of the complaint to the United

4          States attorney for the district where the action is brought – or to an
           assistant United States attorney or clerical employee whom the United

5          States attorney designates in a writing filed with the court clerk – or

6          (ii) send a copy of each by registered or certified mail to the civil-

7          process clerk at the United States attorney's office[.]

8  Fed. R. Civ. P. 4(i)(A).   Therefore, in accordance with Federal Rule of Civil

9  Procedure 4 and the District Court's Order, the Court hereby provides plaintiff with the

10 address for the United States Attorney for the Southern District of California as follows:

11         U.S. Attorney's Office Southern District of California
           Federal Office Building

12         880 Front Street, Room 6293
           San Diego, California 92101-8893

13

14 Federal Rule of Civil Procedure 4 also requires that a copy of both the summons and

15 the complaint be sent "by registered or certified mail to the Attorney General of the United

16 States at Washington, D.C." Fed. R. Civ. P. 4(i)(B).  The mailing address for the Attorney

17 General, should plaintiff need it, is as follows:

18         U.S. Department of Justice
           950 Pennsylvania Avenue, NW

19         Washington, DC 20530-0001

20         The undersigned reiterates Judge Curiel's direction to plaintiff to complete the

21 necessary Form 285s and to follow all instructions in his "IFP Packet" to ensure timely

22 service on the United States.  *See* Order at 6-7.

23         **IT IS SO ORDERED.**

24 Dated:  January 6, 2021

25                                           _____

26                                           Hon. Karen S. Crawford
                                            United States Magistrate Judge

27

28