UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL ARELLANO, JR.,<br><br>  Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al,<br><br>  Defendants. | Case No.: 14cv2404-JO-KSC<br><br>**ORDER DIRECTING PLAINTIFF TO SERVE THE UNITED STATES** |

Plaintiff, proceeding *pro se* and *in forma pauperis*, filed a second amended complaint against, *inter alia*, Defendant United States. Dkt. 62 (SAC). On November 9, 2020, the Court directed the Clerk to provide Plaintiff with a certified copy of the complaint, the summons, and a blank U.S. Marshal Form 285 ("Form 285") to complete and return to the U.S. Marshal in order for the U.S. Marshal to effect service on the United States. Dkt. 189. On December 21, 2020, Plaintiff filed a request for the address of the U.S. Attorney for the Southern District of California so that Plaintiff may effect service on the United States. Dkt. 192. On January 6, 2021, the Court issued an order granting

Plaintiff's request. Dkt. 193. In that order, the Court recited the requirements for service on the United States as set forth in Federal Rule of Civil Procedure 4(i), including the requirement that a copy of the summons and the complaint be sent to the U.S. Attorney for the Southern District of California and to the U.S. Attorney General. *Id.* at 2. The Court provided the mailing addresses for the U.S. Attorney for the Southern District of California and the U.S. Attorney General. *Id.*

On January 15, 2021, Plaintiff filed a motion entitled "Motion to Know if Service to U.S. Attorney General Is Necessary," in which he requested an answer to whether he would have to serve the U.S. Attorney General. Dkt. 195. Plaintiff also requested to be provided "everything that needs to be sent to [the] Attorney General." *Id*. On February 8, 2021, the Court denied Plaintiff's motion on the grounds that the Court cannot provide legal advice to Plaintiff. Dkt. 196. The Court directed Plaintiff to review the text of Rule 4(i)(1), which the Court restated in the order given Plaintiff's limited access to the law library. *Id.* at 2. The Court also directed the Clerk to provide a copy of the summons and the complaint to Plaintiff. *Id.* at 3.

On September 28, 2021, the Court issued an Order to Show Cause on or before October 15, 2021, as to why the United States should not be dismissed from this case due to Plaintiff's failure to serve the United States as required by Federal Rule of Civil Procedure 4(i). Dkt. 198. On October 12, 2021, Plaintiff filed a response to the Order to Show Cause stating that he had sent the necessary documents to the U.S. Marshal "between January – March 2021." Dkt. 199 at 1. Plaintiff stated that he requested a status update from the U.S. Marshal around April 2021. *Id.*

The Court finds good cause to extend the time for Plaintiff to complete service in light of Plaintiff's response that he attempted to provide the required documents to the U.S. Marshal to effect service shortly after the Court's February 8, 2021 Order. *See* Fed. R. Civ. P. 4(m). Accordingly, the Court hereby:

1. DIRECTS the Clerk to provide Plaintiff with a new blank Form 285, and certified copies of this Order, the summons, and the complaint (the "IFP Package").

2. DIRECTS Plaintiff, upon receipt of the IFP Package, to complete the Form 285 and return the IFP Package to the U.S. Marshal on or before **May 19, 2022**. If Plaintiff fails to return the completed IFP Package to the U.S. Marshal by **May 19, 2022**, the Court will dismiss Defendant United States from this action for failure to prosecute.

3. DIRECTS the U.S. Marshal to serve a copy of the complaint and summons upon Defendant United States as directed by Plaintiff on the completed Form 285.

**IT IS SO ORDERED**.

Dated:  April 19, 2022

_____
Honorable Jinsook Ohta
United States District Judge